## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:17cr105 |
| ) | |
| CHARLES MCCLUNG, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR DOWNWARD ADJUSTMENT
### IN GUIDELINE RANGE PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through Tracy Doherty-McCormick, Acting United States Attorney, and Elizabeth M. Yusi, Assistant United States Attorney moves for a one-point downward adjustment in the defendant's offense level pursuant to United States Sentencing Guideline (U.S.S.G.) Section 3E1.1(b), and in support of this motion, states as follows:

1. The defendant is eligible to receive the two-point reduction in offense level for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a).

2. The defendant's offense level determined prior to the application of U.S.S.G. § 3E1.1(a) was sixteen or greater.

3. The defendant assisted in the prosecution of his own misconduct by timely notifying the government of his intention to plead guilty.

4. The defendant's notification of his intention to enter into an early plea allowed the government to avoid preparing for trial, and further allowed the government and this Court to allocate their resources efficiently.

5. Accordingly, the government moves for a one-point downward adjustment in the defendant's offense level pursuant to U.S.S.G. § 3E1.1(b).

                                      TRACY DOHERTY-MCCORMICK
                                      ACTING UNITED STATES ATTORNEY

By:  /s/
      Elizabeth M. Yusi
      Assistant United States Attorney
      Attorney for the United States
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510
      Office Number: 757-441-6331
      Facsimile Number: 757-441-6689
      E-Mail Address: elizabeth.yusi@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 9th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Adam Carroll, Esq.<br>Stephen Pfeiffer, Esq.

  I FURTHER CERTIFY that on this 9th day of April, 2018, I caused a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors to be e-mailed to the following:

Kristie Milby<br>U.S. Probation Officer

        ____/s/_____
        Elizabeth M. Yusi
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Phone: 757-441-6331
        Fax: 757-441-6689
        E-mail: elizabeth.yusi@usdoj.gov